IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. CHARLES REHBERG,<br>JOHN BAGNATO, M.D. AND<br>ALAN MOREE,<br><br>Plaintiffs,<br><br>v.<br><br>PHOEBE PUTNEY HEALTH SYSTEMS, INC.;<br>PHOEBE PUTNEY MEMORIAL<br>HOSPITAL, INC.;<br>LAMAR MOREE, M.D.,<br>ALBANY ANESTHESIA, and<br>JOHN DOES 1 THROUGH 100,<br><br>Defendants. | Case No. 1:04-CV-162(WLS) |

### ORDER DISMISSING ACTION

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) (Docket Number 45). Relators have moved this Court to enter a dismissal of the action without prejudice (Docket Number 43). The United States has filed a Notice of Consent to the voluntary dismissal (Docket Number 47). Now the Court rules as follows:

IT IS HEREBY ORDERED that this action is dismissed, without prejudice to the Relators and to the United States.

ORDERED This 2nd day of April, 2009.

*W. Louis Sands*
W. Louis Sands, Judge
United States District Court
Middle District of Georgia